UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-cr-376-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| IGNACIA GOMEZ-SANCHEZ AND ) | O R D E R |
| JULIO PARRA, ) | |
| ) | |
| Defendant, ) | |

IT IS HEREBY ORDERED that Order (#44) is amended as to all remaining defendants in that calendar call is rescheduled to February 3, 2011, at 9:00 AM and trial is hereby rescheduled to February 8, 2010, at 8:30 AM.

DATED this 21st day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge