```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         AUG 2 2 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                 BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  2:09-CR-376-GMN (RJJ) |
| JULIO PARRA, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On August 22, 2011, defendant JULIO PARRA, pled guilty to Count One of a One-Count Superseding Criminal Information charging him in Count One with Money Laundering Conspiracy in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h) and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Information and in the Plea Memorandum.

This Court finds that JULIO PARRA shall pay a criminal forfeiture money judgment of $3,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1).

. . .

. . .

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from JULIO PARRA a criminal forfeiture money judgment in the amount of $3,000.00
3 in United States Currency.

5 DATED this __22__ day of __Aug_____, 2011.

                                                                  UNITED STATES DISTRICT JUDGE