✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 28 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIO PARRA, ) <br> ) <br> Defendant. ) | 2:09-CR-376-GMN (RJJ) |

### ORDER OF FORFEITURE

This Court found on August 22, 2011, that JULIO PARRA, shall pay a criminal forfeiture money judgment of $3,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1). Docket #83, #85, #86, #87.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JULIO PARRA, a criminal forfeiture money judgment in the amount of $3,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States

. . .

. . .

. . .

. . .

1 | Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States
2 | Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United
3 | States Code, Section 982(a)(1).

DATED this __28__ day of __Nov__, 2011.

_____
UNITED STATES DISTRICT JUDGE

2