Patricia M. Erickson, Esq.
Nevada Bar No. 3506
601 South Tenth Street, Suite 206
Las Vegas, Nevada 89101
(702) 388-1055
pmerickson@earthlink.net
Attorney for Defendant:
JULIO PARRA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIO PARRA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:09-cr-376-GMN(RJJ) <br><br> **ORDER PERMITTING TRAVEL** |

Having received a "Request for Travel Outside the Contiguous United States" from Sheree D. Corniel, United States Probation Officer" and good cause appearing,

**IT IS ORDERED** that JULIO PARRA is authorized to travel to Nayarit, Mexico on December 22, 2012.  Mr. PARRA is to return to the United States on or before January 6, 2013.

DATED this 21st day of December, 2012.

_____
Gloria M. Navarro
United States District Judge